ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C - Atlanta

SEP 24 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| ERIC BERNARD BELL,<br><br>Plaintiff,<br><br>VS.<br><br>STALONE DAVIS, JUAN ORTIZ, JONATHAN CORNELIUS, AND JAMES DEVOTO, in their individual and official capacities as police officers for the City of Atlanta, Georgia, GEORGE N. TURNER, in his official capacity as the Chief of the Atlanta Police Department, AND THE CITY OF ATLANTA, GEORGIA.<br><br>Defendants. | CIVIL ACTION<br><br>1:12-CV-3322<br><br>FILE NO._____ |

## DISCLOSURE STATEMENT

**COMES NOW** the plaintiff, **ERIC BERNARD BELL**, by and through his undersigned attorneys of record, pursuant to FRCP 7.1 and states that neither he or any named defendant in this action is a corporation, thus there is no parent corporation or any publicly held corporation involved in this matter whatsoever that owns 10% or more stock in any of party.

_____
EARLINE SMITH-MONTGOMERY,
Attorney for Plaintiff, Bell
Georgia State Bar No. 517300

P.O. Box 870707
Stone Mountain Georgia
Tel. (404) 299-8111
esmithmontgomery@msn.com

_____
CHARLES L. WEBB, ESQUIRE
Attorney for Plaintiff, Bell
Georgia Bar No. 743720

CHARLES L. WEBB & ASSOCIATES, LLC
Park Ridge 85
2900 Chamblee Tucker Road
Building 1
Atlanta, Georgia 30341
770-455-1350 office
770-455-1449 facsimile
mr.clw1@bellsouth.net