IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC BERNARD BELL, | ) |
| Plaintiff, | ) ) CIVIL ACTION |
| VS. | ) ) ) |
| STALONE DAVIS, ET. AL., | ) FILE NO. 1:12-cv-3322-TWT ) ) |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COME NOW** Plaintiff, ERIC BERNARD BELL, and Defendants JUAN ORTIZ, JONATHAN CORNELIUS, JAMES DEVOTO, GEORGE N. TURNER AND CITY OF ATLANTA, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure and file this Stipulation of Dismissal and consent to the dismissal, without prejudice, of the above-styled action against all defendants, except Stalone Davis.  Each party will bear its own costs and expenses of litigation.

Respectfully submitted this 21st day of June 2013.

| **Attorneys for Defendants** | **Attorneys for Plaintiff** |
|---|---|
| */s/LaShawn W. Terry* | */s/Earline Smith-Montgomery* |
| LaShawn W. Terry | Earline Smith-Montgomery |
| Georgia Bar No. 702578 | Georgia Bar No. 517300 |
| lterry@atlantaga.gov | esmithmontgomery@msn.com |
| AND | |

| | |
|---|---|
| */s/ Robert N. Godfrey* | Earline Smith-Montgomery, |
| Robert N. Godfrey | Attorney at Law, |
| Georgia Bar No. 298550 | Law Office of Earline Smith-Montgomery |
| rgodfrey@atlantaga.gov | |
| AND | P.O. Box 870707 |
| */s/Tamara N. Baines* | Stone Mountain, GA 30087 |
| Tamara N. Baines | (404) 299-8111 (telephone) |
| Georgia Bar No. 032460 | (404) 343-3945 (facsimile) |
| tbaines@atlantaga.gov | |
| | AND |
| LaShawn W. Terry, | */s/Charles L. Webb* |
| Sr. Assistant City Attorney/ | Charles L. Webb, Esquire |
| Robert N. Godfrey, | Georgia Bar No. 743720 |
| Chief counsel/ | mrclw1@bellsouth.net |
| Tamara N. Baines, | |
| Sr. Assistant City Attorney | |
| City of Atlanta Law Department | Attorney Charles L. Webb, Inc. |
| 68 Mitchell Street, SW, | Park Ridge 85, Bldg 1 |
| Suite 4100 | 2900 Chamblee Tucker Road |
| Atlanta, GA 30303 | Atlanta, GA 30341 |
| (404) 330-6838 (telephone) | (770) 455-1350 (telephone) |
| (404) 361-3223 (facsimile) | (770) 455-1449 (facsimile) |

2

Joint Stipulation of Dismissal Without Prejudice - **1:12-cv-3322-TWT**
Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| ERIC BERNARD BELL, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) ) |
| | ) CIVIL ACTION |
| STALONE DAVIS, JUAN ORTIZ, JONATHAN CORNELIUS, AND JAMES DEVOTO, in their individual and official capacities as police officers for the City of Atlanta, Georgia, GEORGE N. TURNER, in his official capacity as the Chief of the Atlanta Police Department, AND THE CITY OF ATLANTA, GEORGIA. | ) ) ) ) ) FILE NO. 1:12-cv-03322-TWT ) ) ) |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed "the parties' Joint Stipulation of Dismissal without Prejudice, with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Joint Stipulation of Dismissal Without Prejudice - **1:12-cv-3322-TWT**
Page 3

Charles L. Webb  at    mrclw1@bellsouth.net

LaShawn W. Terry  at lterry@atlantaga.gov

Robert N. Godfrey  at rgodfrey@atlantaga.gov

Tamara N. Baines at tbaines@atlantaga.gov

And to other email addresses designated by Terry and Godfrey, as follows:

ahickman@atlantaga.gov , jaaustin@atlantaga.gov , and

lcoughlin@atlantaga.gov

Respectfully submitted this 21st day of June 2013.

                                                        S/ Earline Smith-Montgomery_
                                                        GA. Bar No.  517300,
                                                        Attorney for Plaintiff, Eric Bell

P. O. Box 870707
Stone Mountain, Georgia 30087
Telephone (404) 299-8111
esmithmontgomery@msn.com