IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC BERNARD BELL<br><br>Plaintiff(s)<br><br>v.<br><br>STALONE DAVIS<br><br>Defendant | CIVIL ACTION NO.<br>1:12cv3322-TWT |

O R D E R

The above complaint was filed on September 24, 2012, service by publication as to this defendant granted March 19, 2012, co-defendants were dismissed on stipulation of the parties on June 24, 2013.  This action has been pending for more than six months without any substantial proceedings of record, having been taken as to this defendant,   IT IS THEREFORE

ORDERED that the plaintiff show cause in writing within twenty (20) days why the case should not be dismissed.  The Clerk is DIRECTED to submit the case to the Court for further action at the expiration of the 20 days.

SO ORDERED, this 26th  day of July, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE